**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR07-00142-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RAY COLT LEE, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant appeared in court with counsel and admitted to allegations A, B, D and E as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for six (6) months to terminate on September 31, 2008.

IT IS FURTHER ORDERED that allegation C is DISMISSED upon oral motion of the United States.

DATED this 31st day of March, 2008.

_____
Mark E. Aspey
United States Magistrate Judge